# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JAMES LA VELL HARRIS,**<br><br>Defendant. | CASE NO. 19-cv-01677-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 8 |

The Court has carefully reviewed Magistrate Judge Robert M. Illman's Report and Recommendation (Dkt. No. 8 ("Report")) recommending that the notice of removal (Dkt. No. 1) be dismissed and the action be remanded to the Lake County Superior Court. No party filed an objection. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report:

1. The notice of removal (Dkt. No. 1) is **DISMISSED**;

2. The action is **REMANDED** to the Lake County Superior Court, Case No. CR952265. The Clerk shall remand this action to the state court forthwith and close the case file.

This Order terminates Docket Number 8.

**IT IS SO ORDERED.**

Dated: June 14, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**